IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.        ) | **2:17cr477-MHT** |
| ) | **(WO)** |
| **JUSTIN ALDON, also known** ) | |
| **as Berklyn Olamide** ) | |

**SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISION**

In addition to the special conditions of supervised release set forth in the judgment (Doc. 87), and based on the recommendations in the evaluation by Dr. Adriana Flores (Doc. 101) and the representations made on the record during the conference call on February 5, 2021, it is ORDERED that:

(1) The probation department shall arrange for, and the defendant shall receive, individual psychotherapy, at least twice per month with Dr. Kale Kirkland to address the defendant's mental-health conditions and help the defendant (a) understand how his difficulties in adulthood are associated with his difficult upbringing, and relatedly; and (b) recognize symptoms

of psychological distress that lead him to use drugs, and thus, engage in crime in order to support himself and his drug addiction.

(2) In accordance with Dr. Flores's recommendation, if the defendant receives this psychotherapy at least twice per month, he need not participate in additional substance-abuse treatment.

(3) The probation officer shall provide a copy of Dr. Flores's evaluation to Dr. Kirkland.

It is further ORDERED that, if the defendant objects to these additional conditions, he should so notify the court in writing by March 1, 2021.

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**