IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:17cr477-MHT
                             )            (WO)
JUSTIN ALDON, also known     )
as Berklyn Olamide           )
```

ORDER

This case is before the court on defendant Justin Aldon's petition for early termination of supervised release. The court agrees with his observations that he has obtained the necessary credentials and licensure to begin a new career as a long-distance commercial driver, but cannot begin work because of the travel restrictions to which he is subject as a condition of his supervised release. He has also performed admirably well while on supervised release. His supervising probation officer reports no issues; he has completed a course of therapy as ordered by the court; and he has passed every drug test administered by probation. In addition, the government and probation

have orally informed the court that they do not oppose the petition.

***

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 128) is granted, and that defendant Justin Aldon's supervision is terminated and he is discharged effective November 4, 2021.

DONE, this the 28th day of October, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE